**E-Filed: 08/20/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>    Plaintiffs,<br>  v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>    Defendants. | Case No.: 10-CV-00509-LHK<br><br>ORDER RESETTING DEADLINES<br><br>[re: dkt. no. 27] |

Pursuant to the parties' stipulation, and due to the mediation schedule, the mediation deadline is hereby reset **from August 19, 2010 to September 30, 2010**.  The Case Management Conference currently set for August 27, 2010, is continued to November 3, 2010, at 2 p.m. in Courtroom 4, 5th Floor.   No later than October 28, 2010, the parties shall file a Joint Case Management Statement in compliance with Rule 26 of the Federal Rules of Civil Procedure and this Court's Standing Orders.

**IT IS SO ORDERED.**

1

Case No.: 10-CV-00509-LHK
ORDER RESETTING DEADLINES

1   Dated: August 20, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-00509-LHK
ORDER RESETTING DEADLINES