# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

JOHN CASARETTO, et al.,
    Plaintiffs,

v.

COLDWELL BANKER REALTY, et al.,
    Defendants.
_____/

No. C 10-0509 LHK

**ORDER GRANTING REQUEST FOR PLAINTIFF GLORIA CASARETTO TO ATTEND THE MEDIATION TELEPHONICALLY**

Date:    October 8, 2010
Mediator:  Arthur Levy

    IT IS HEREBY ORDERED that the request for plaintiff Gloria Casaretto to be excused from personally attending the October 8, 2010 mediation session before Arthur Levy is GRANTED. Mrs. Casaretto shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

September 30, 2010    By:    *Elizabeth D. Laporte*
Dated                                      Elizabeth D. Laporte
                                             United States Magistrate Judge