**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>　　　　　　Defendants. | Case No.: 10-CV-00509-LHK<br><br><br><br>ORDER RESETTING DEADLINES |

Pursuant to the parties' stipulation, the Case Management Conference previously set for November 3, 2010 is hereby continued to March 9, 2011 at 2:00 p.m.  However, the parties shall file a Joint Case Management Statement in compliance with Rule 26 of the Federal Rules of Civil Procedure, this Court's Standing Orders and the Local Rules by November 10, 2010.  In the Joint Case Management Statement, the parties shall set out a proposed case schedule including deadlines for the close of discovery, dispositive motions, pretrial conference and trial, and provide an estimated trial length and specify whether either party requests a jury trial.  The Court will enter a schedule for this case based on the parties' submission.  The Court requests that whenever possible,

1

the parties propose a single, agreed-upon date.  If this is not possible, the Court requests that the parties propose separate dates and explain why their proposed dates should be adopted.

**IT IS SO ORDERED.**

Dated: November 1, 2010



LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-00509-LHK
ORDER RESETTING DEADLINES