UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>Plaintiffs,<br>v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>Defendants. | Case No.: 10-CV-00509-LHK<br><br><br><br><br><br>CASE MANAGEMENT ORDER |

The Case Management Statement and Proposed Order filed by the parties are hereby adopted by the Court as the Case Management Order for the case, with any changes noted below.

REFERRAL TO ADR PROCESS: The case was previously referred to mediation, which was completed on October 8, 2010.

FURTHER CASE MANAGEMENT CONFERENCE is set for March 9, 2011, at 2 p.m.

DISCOVERY PLAN: Per Fed. R. Civ. Pro. and Local Rules, and according to the limits set out in the parties' Joint Case Management Statement.

INITIAL DISCLOSURES: To be exchanged by December 27, 2010.

NON-EXPERT DISCOVERY CUTOFF is March 7, 2011.

DESIGNATION OF EXPERTS: February 21, 2011.

EXPERT REBUTTAL REPORTS: March 7, 2011

EXPERT DISCOVERY CUTOFF is March 21, 2011.

DISPOSITIVE MOTIONS shall be filed by March 10, 2011,
    and set for hearing on April 14, 2011 at 1:30 p.m.

PRETRIAL CONFERENCE DATE is set for June 1, 2011, at 2 p.m.

JURY TRIAL DATE is June 13, 2011, at 9 a.m. in courtroom 4, 5th floor.

TRIAL LENGTH is estimated to be 5 days.

**IT IS SO ORDERED.**

Dated: December 10, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-00509-LHK
CASE MANAGEMENT ORDER