UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>    Plaintiffs,<br>  v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>    Defendants. | Case No.: 10-CV-00509-LHK<br><br>ORDER REGARDING MOTION FOR DEFAULT JUDGMENT |

On March 24, 2011, Plaintiffs filed a statement that the automatic bankruptcy stay does not apply to Defendant Conway because Mr. Conway has filed multiple bankruptcies. In any motion for default judgment against Mr. Conway or Willow Mortgage Company, Plaintiffs' counsel shall set forth the legal basis for this conclusion.

**IT IS SO ORDERED.**

Dated: March 28, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00509-LHK
ORDER REGARDING MOTION FOR DEFAULT JUDGMENT