UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>          Plaintiffs,<br>     v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>          Defendants. | Case No.: 10-CV-00509-LHK<br><br><br><br>ORDER SETTING BRIEFING SCHEDULE |

On April 20, 2011, counsel for Plaintiffs filed a letter to the Court. The letter states that Plaintiffs' counsel has "reviewed Mr. Koss' e-mail and enclosure of April 18, 2011." No document was filed with the Court on April 18, 2011, and it is not clear to what Plaintiffs are referring. From the letter, the Court understands that Plaintiffs wish to set a briefing schedule to address the following issues, which were discussed at the April 14, 2011 hearing:

   a)  The applicable statute of limitations for the claims asserted in Plaintiffs' proposed First Amended Complaint

1

Case No.: 10-CV-00509-LHK
ORDER SETTING BRIEFING SCHEDULE

    b)  Whether the Court's ruling on Defendants Coldwell Banker Realty and Alexis Jan Brigham's Motion for Summary Judgment affects the Motion for Leave to File a First Amended Complaint

The Court orders that both parties submit briefs of no longer than five pages addressing these issues by Friday, April 22, 2011.  The hearing on Plaintiffs' Motion for Leave to Amend remains as set.

**IT IS SO ORDERED.**

Dated:  April 21, 2011



_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-00509-LHK
ORDER SETTING BRIEFING SCHEDULE

2