UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>  Plaintiffs,<br>  v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>  Defendants. | Case No.: 10-CV-00509-LHK<br><br>ORDER REGARDING STAY |

On April 27, 2011, Plaintiff's counsel filed a letter to the Court stating that Plaintiffs have filed for bankruptcy in Tennessee, and implying that an automatic stay of this case would result. This is incorrect. Pursuant to the bankruptcy code, a bankruptcy filing stays other actions filed against the debtor, not actions filed by the debtor. *See* 11 U.S.C. § 362. Accordingly, this case is not presently stayed. As previously ordered by this Court, Plaintiffs shall file the status update regarding how they intend to proceed in this case by May 3, 2011.

1

Case No.: 10-CV-00509-LHK
ORDER REGARDING STAY

**IT IS SO ORDERED.**

Dated: April 29, 2011



_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-00509-LHK
ORDER REGARDING STAY

2