UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>Plaintiffs,<br>v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>Defendants. | Case No.: 10-CV-00509-LHK<br><br>ORDER REGARDING CASE STATUS |

On April 27, 2011, Plaintiff's counsel filed a letter to the Court stating that Plaintiffs have filed for bankruptcy in Texas, and implying that an automatic stay of this case would result. On April 29, 2011, the Court issued an Order stating that there is no automatic stay when the debtor is the party bringing the action. The Court ordered that the Plaintiffs should file a status update regarding how they intend to proceed in the case by May 3, 2011, as they were previously ordered to do.

On May 2, 2011, Plaintiffs' counsel filed another letter to the Court. In this letter, Plaintiffs concede that there is no automatic stay as a result of their bankruptcy. However, Plaintiffs' counsel

1

now contends that he is "advised" that "all decisions as to the action are now up to teh Chapter 7 U.S. Trustee" and that it would "be inappropriate for me to file a status report with the Court, as I have no authority to do so on behalf of the U.S. Trustee." Plaintiffs did not file a status report on May 3, 2011.

It appears to the Court that Plaintiffs are attempting to continue the schedule set in thsi case without a proper basis for doing so and without Court approval. A pretrial conference is set for June 1, 2011, and trial is set to begin on June 13, 2011. The Court will not alter the case schedule without good cause. See Fed. R. Civ. Proc. 16(b)(4). Plaintiffs' counsel's vague representations, unsupported by any legal authority and based on advice from an unidentified attorney who has not appeared in this action, do not establish good cause for the Court to change the case schedule. If Plaintiffs have authority to support a stay or other modification to the case schedule, they must present it in a motion to modify the schedule. If Plaintiffs fail to do so, the schedule will remain as set. If Plaintiffs fail to litigate this case, they risk waiving their remaining claims.

**IT IS SO ORDERED.**

Dated: May 5, 2011

_____
LUCY H. KOH
United States District Judge