UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>    Plaintiffs,<br>   v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>    Defendants. | Case No.: 10-CV-00509-LHK<br><br>ORDER SETTING STATUS CONFERENCE AND VACATING DEADLINES |

In light of Plaintiffs' bankruptcy proceeding, the Trustee of Plaintiffs' estate has now replaced the Plaintiffs as the real party in interest in this case. Moreover, Plaintiffs' counsel is now a potential creditor in Plaintiffs' bankruptcy proceeding. Accordingly, Plaintiffs are ordered to disclose this lawsuit to the Trustee of their estate by May 20, 2011, if they have not already done so. The Court hereby VACATES the pretrial conference and trial dates, currently set for June 1, 2011 and June 16, 2011, and sets a status conference on June 16, 2011 at 1:30 p.m. The Court will not proceed with any motions for default or default judgment filed by Plaintiffs' counsel prior to the status conference.

1

A week before the status conference, the Trustee or Plaintiffs must file the following: (1) legal authority supporting Plaintiffs' assertion that this case may proceed against defendant Conway despite defendant Conway's pending bankruptcy proceeding[1]; (2) legal authority supporting Plaintiffs' assertion that service on defendant Conway by certified and regular mail is proper under Federal Rule of Civil Procedure 4; (3) proof of service for defendant Conway; and (4) a statement of the reasons why Plaintiffs will not seek relief from the stay in defendant Martinez's pending bankruptcy proceeding which appears to have been initiated in 2008.

If the Trustee or Plaintiffs wish to oppose the Motion for Entry of Judgment filed by defendants Coldwell Banker Realty and Alexis Jan Brigham on May 18, 2011, the Court will set an expedited briefing schedule at the June 16, 2011 status conference.

**IT IS SO ORDERED.**

Dated: May 19, 2011

_____
LUCY H. KOH
United States District Judge

---

[1] Although Plaintiffs' counsel previously cited 11 U.S.C. § 362(c)(4)(A), this section does not apply if one of the previously-filed matters was "a case refiled under section 707 (b)." It is not clear whether or not Mr. Conway's 2010 bankruptcy filings were made pursuant to this section.