**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>Plaintiffs,<br>v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>Defendants. | Case No.: 10-CV-00509-LHK<br><br>ORDER CONTINUING STATUS CONFERENCE |

The status conference currently set for Thursday, June 16, 2011 is hereby CONTINUED to Friday, June 17, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 8, 2011

_____
LUCY H. KOH
United States District Judge

1