UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>Plaintiffs,<br>v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>Defendants. | Case No.: 10-CV-00509-LHK<br><br><br><br>ORDER REQUIRING ADDITIONAL INFORMATION FROM ATTORNEY RICE |

By Thursday, June 16, 2011, at noon, attorney Paul Rice shall file a declaration setting forth the following information:

- Whether P.O. Box 6616, San Jose, CA 95150 is a U.S. Post Office Box or a private/commercial Post Office Box.

- Whether the U.S. Trustee in the Casaretto's Chapter 11 bankruptcy action has indicated that this lawsuit is an asset of the estate, or an asset that may revert to the Casarettos, and whether the Trustee intends to proceed with this case.

1
Case No.: 10-CV-00509-LHK
ORDER REGARDING ADDITIONAL INFORMATION

**IT IS SO ORDERED.**

Dated: June 14, 2011



_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-00509-LHK
ORDER REGARDING ADDITIONAL INFORMATION