1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

| | |
|---|---|
| 12 JOHN CASARETTO aka JUAN CASARETTO ) and GLORIA CASARETTO, ) 13 ) Plaintiffs, ) 14 v. ) ) 15 COLDWELL BANKER REALTY; KELLER ) WILLIAMS REALTY; OSCAR MARTINEZ ) 16 dba CENTURY MEDALLION LOS GATOS; ) WILLOW MORTGAGE COMPANY; ) 17 VALLEY OF CALIFORNIA, INC, dba ) COLDWELL BANKER; TIMOTHY ) 18 CONWAY; and ALEXIS JAN BRIGHAM, ) ) 19 Defendants. ) ) | Case No.: 10-CV-00509-LHK ORDER REQUIRING ADDITIONAL INFORMATION FROM ATTORNEY RICE AND SETTING DEADLINES |

20

21    By Thursday, June 16, 2011, at noon, attorney Paul Rice shall file the following:

22  • Proof that he has been approved to represent Plaintiffs in this matter by the Bankruptcy

23    Court for the Southern District of Texas.

24    Within 14 days of the date of this Order, Plaintiffs shall file the following:

25  • A motion for relief from stay in their own bankruptcy proceeding

26  • A motion for relief from stay in Mr. Martinez's bankruptcy proceeding

27    The Court finds that because Mr. Conway has filed repeated bankruptcies, there is no

28    automatic stay in effect as to him. *See* 11 U.S.C. § 362(c)(4)(a)(1).

1

Case No.: 10-CV-00509-LHK
SUPPLEMENTAL ORDER REGARDING ADDITIONAL INFORMATION

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED.**

Dated: June 14, 2011



_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-00509-LHK
SUPPLEMENTAL ORDER REGARDING ADDITIONAL INFORMATION