UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>　　　　　Defendants. | Case No.: 10-CV-00509-LHK<br><br>ORDER VACATING CASE STATUS CONFERENCE |

Previously, the Court set a Case Status Conference for June 17, 2011. One week prior to the status conference, the Court ordered that the Plaintiffs or the Trustee of the Plaintiffs' bankruptcy estate file certain information. Instead, attorney Paul Rice (who has represented that he appears to have a conflict of interest with Plaintiffs' bankruptcy estate) filed a statement and apparently intends to appear at the Case Status Conference. Because Mr. Rice has not been approved by the Bankruptcy Court to represent Plaintiffs in this matter, Mr. Rice cannot represent Plaintiffs at the Status Conference. Therefore, the Court hereby VACATES the Status Conference

set for June 17, 2011. The Court will issue an order with additional guidance regarding this case tomorrow.

**IT IS SO ORDERED.**

Dated: June 16, 2011



_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-00509-LHK
ORDER VACATING CASE STATUS CONFERENCE