United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CASARETTO aka JUAN CASARETTO and GLORIA CASARETTO,<br><br>Plaintiffs,<br>v.<br><br>COLDWELL BANKER REALTY; KELLER WILLIAMS REALTY; OSCAR MARTINEZ dba CENTURY MEDALLION LOS GATOS; WILLOW MORTGAGE COMPANY; VALLEY OF CALIFORNIA, INC, dba COLDWELL BANKER; TIMOTHY CONWAY; and ALEXIS JAN BRIGHAM,<br><br>Defendants. | Case No.: 10-CV-00509-LHK<br><br>ORDER ENTERING FINAL JUDGMENT FOR COLDWELL BANKER REALTY AND ALEXIS JAN BRIGHAM |

On April 15, 2011, the Court granted summary judgment to defendants Coldwell Banker Realty and Alexis Brigham ("Coldwell Defendants"). On April 26, 2011, the Court denied Plaintiffs' motion for leave to amend their complaint to state additional claims against Coldwell and Brigham. On May, 18, 2011, the Coldwell Defendants filed a Motion for Entry of Judgment under Federal Rule of Civil Procedure 54(b). On July 28, 2011, the Court dismissed the remaining claims for failure to prosecute. In light of this dismissal, there are no more pending claims in this action. Accordingly, the Coldwell Defendants need not move for entry of judgment under Rule

1

Case No.: 10-CV-00509-LHK
ORDER ENTERING FINAL JUDGMENT IN FAVOR OF COLDWELL DEFENDANTS

54(b).  The Court may and hereby does enter final judgment in favor of the Coldwell Defendants.

The pending Motion for Entry of Judgment is DENIED as moot.

**IT IS SO ORDERED.**

Dated: July 29, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-00509-LHK
ORDER ENTERING FINAL JUDGMENT IN FAVOR OF COLDWELL DEFENDANTS